**O**
**JS-6**

# United States District Court
# Central District of California

| | |
|---|---|
| ESTATE OF GREGORY MARTINEZ ET AL.,<br>Plaintiffs,<br>v.<br>COUNTY OF LOS ANGELES ET AL.,<br>Defendants. | Case No. 2:23-cv-05586-ODW (MAAx)<br>**JUDGMENT** |

Pursuant to the Court's Order Granting Defendants' Motion for Judgment as a Matter of Law as stated on the record, it is therefore **ORDERED, ADJUDGED, and DECREED** as follows:

1. Defendants shall have **JUDGMENT** in its favor;
2. Plaintiffs shall receive nothing; and
3. The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

November 24, 2026

**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**